UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-18 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>Chief U.S. District Judge |
| v. | |
| CARTER DEAN PUURI, | |
| Defendant. | |

**ORDER FOR DETENTION**

Defendant appeared before the undersigned for a first appearance and arraignment on November 4, 2022 on an indictment charging him with one count of conspiracy to distribute and possess with intent to distribute methamphetamine and three counts of distribution of methamphetamine. Defendant currently has an extraditable arrest warrant outstanding from Florence County, Wisconsin. Defendant reserved the issue of detention in this case pending disposition of the state warrant and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  November 4, 2022                    /s/ Maarten Vermaat
                                            MAARTEN VERMAAT
                                            U.S. MAGISTRATE JUDGE