UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 2:22-cr-18

v.

Hon. Hala Y. Jarbou

CARTER DEAN PUURI,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 20, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that Defendant's plea of guilty be accepted, and the Court adjudicate Defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. (R&R, ECF No. 32.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on January 3, 2023. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 32) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3. The written plea agreement (ECF No. 28) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing.

Dated: January 4, 2023                        /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE